IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                        Plaintiff,          )<br>                                                             )           8:14CR105<br>            vs.                                          )<br>                                                             )           ORDER<br>ABDULRAHMAN YUSUF MOHAMAD,  )<br>                                                             )<br>                        Defendant.       )<br>                                                             ) | |

This matter is before the court on the unopposed defendant's motion to continue trial [26] due to a scheduling conflict. Counsel continue to work towards a resolution in this matter. The court finds good cause being shown and the trial will be continued. The defendant has complied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial [26] is granted, as follows:

1. The jury trial now set for July 22, 2014 is continued to **September 30, 2014.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 30, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 8, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**