# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:14CR105** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ABDULRAHMAN YUSUF MOHAMAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the government's motion to continue trial [38] as counsel will be out of the country from March 31-April 10, 2015.  The parties have  been involved in plea negotiations that have been unsuccessful.  For these reasons, counsel is requesting additional time to prepare for trial.  While the defendant objections to the continuance, good cause being shown, the motion will be granted and the trial will be continued.

**IT IS ORDERED** that:

1.   The Motion to Continue Trial [38] is granted.

2.   The jury trial now set for April 7, 2015 is continued to **May 5, 2015.**

3.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **April 7, 2015 and May 5, 2015** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).

4.   A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **March 26, 2015.**  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED March 19, 2015.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**